**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Crim. No. 22-192** |
| | **:** | |
| **FRANCIS J. BATTISTA** | **:** | |

## ORDER

**AND NOW**, this 9th day of June, 2026, upon consideration of the Defendant's First and Amended Motions for Reconsideration (Doc. Nos. 286, 287), Motions to Continue Sentencing (Doc. Nos. 291, 292, 293), and the Government's Response in Opposition (Doc. No. 294); and as discussed in the accompanying Memorandum (Doc. No. 332), it is hereby **ORDERED** that:

1. The Motions for Reconsideration (Doc. Nos. 286, 287) are **DENIED without prejudice**;

2. If, by June 23, 2026, the Defendant has not agreed to the adversarial proceeding discussed in the Memorandum, the Motion will be denied with prejudice; and

3. The Defendant's Motions to Continue Sentencing (Doc. Nos. 291, 292, 293) are **DENIED as moot**.

**AND IT IS SO ORDERED.**

_/s/ Paul S. Diamond_

Paul S. Diamond, J.